IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHIV INVESTMENTS OF
JACKSONVILLE, LLC,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D14-2252

v.

 THE CITY COUNCIL OF THE
CITY OF JACKSONVILLE, and
THE CITY OF JACKSONVILLE,

     Respondent.

_____/

Opinion filed September 19, 2014.

Petition for Writ of Certiorari.

Paul M. Harden, Jacksonville, for Petitioner.

Craig D. Feiser and Jason R. Teal, Assistant General Counsel, Jacksonville, for Respondents.

PER CURIAM.

     DENIED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.